# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TODD COLEMAN and BARRY DeHAVEN,<br><br>　　　　　　Defendants. | CASE NO. 3:17-cv-06001-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　The Court denies plaintiff's motion for partial summary judgment (Dkt. 16) and grants defendants' cross-motion for summary judgment (Dkt. 21).

　　(3) Plaintiff's Motion for Extension of Time (Dkt. 32) is denied as moot.

　　**DATED** this 15th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ronald B. Leighton*
　　　　　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1